UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HUGUETTE NICOLE YOUNG,

    Plaintiff,

vs.                                     Case No.:  3:21cv66-TKW-HTC

GROVER ROBINSON,

    Defendant.
_____/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to prosecute and failure to comply with court orders.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED**, and the Clerk shall close the file.

**DONE and ORDERED** this 29th day of March, 2021.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**